UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------

ENTRAL GROUP INTERNATIONAL, LLC,   )
                                 )
         Plaintiff,            )
     v.                         )
                                 )
K B 28, INC, XIU XIN TAN, and SU JIANG,  )
                                 )
                                 )
        Defendants.        )

--------------------------------------------------------------

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 2 1 2005 ★
P.M. _____
TIME _____

Case No: 05-cv-1652

MEMORANDUM AND ORDER

This Court directs the Clerk of the Court to enter a default judgment in favor of plaintiff, pursuant to Federal Rule of Civil Procedure 55(a) in the above-captioned case as defendants have failed to plead or otherwise defend this action.

Plaintiff served a summons and complaint upon defendants principal place of business of K B 28 at 6212A 11th Avenue, Brooklyn, New York, 11219, on April 7, 2005 and a summons and complaint upon Xiu Xin Tan and Su Jiang residing at 6212A 11th Avenue, Brooklyn, New York, 11219 on April 7, 2005. On October 7, 2005, more than twenty (20) days after defendants were served, plaintiff bought this action for default judgment.

According to New York Civil Practice Law & Rules ("CPLR") Rule 320, a defendant served in New York by plaintiff has twenty days to answer or appear. As plaintiff brought this action for a default more than twenty days after the date the defendants were served, default of defendants is to be noted in favor of plaintiff.

SO ORDERED.

Dated: Brooklyn, New York
     October ___, 2005

_____
U.S.D.J.